# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN JAIMES, an individual, and J.J., a minor by and through his Guardian Ad Litem, Olga Rodriguez,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO, a municipal entity; JESSE REYES, individually and in his official capacity as Sheriff's Deputy for the San Bernardino County Sheriff's Department; and TYLER EDWARDS, individually and in his official capacity as Sheriff's Deputy for the San Bernardino County Sheriff's Department, and DOES 1 through 50, inclusive, individually and in official capacity as deputies for the County of San Bernardino Sheriff's Department,<br><br>Defendants. | Case No.: 5:25-cv-02023-SP<br><br>**[PROPOSED] ORDER GRANTING APPLICATION TO APPOINT OLGA RODRIGUEZ AS GUARDIAN AD LITEM ON BEHALF OF MINOR PLAINTIFF, J.J.** |

///

///

**[PROPOSED] ORDER GRANTING APPLICATION TO APPOINT OLGA RODRIGUEZ AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF, J.J.**

## [PROPOSED] ORDER

Having reviewed the Application to Appoint Petitioner, Olga Rodriguez, as Guardian Ad Litem for minor Plaintiff, J.J., and finding good cause thereto, the Application is hereby GRANTED and Olga Rodriguez is appointed as the Guardian Ad Litem for minor Plaintiff, J.J.


**IT SO ORDERED.**


Dated: _____

_____

U.S. MAGISTRATE JUDGE

HONORABLE SHERI PYM

**[PROPOSED] ORDER GRANTING APPLICATION TO APPOINT OLGA RODRIGUEZ AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF, J.J.**